Elias A Felluss, Shareholder
Pro Se
71 Centershore Road
Centerport, NY 11721
United States of America
Tel. (631) 262-1876
Email: EAF@Edisonhydro.Com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:              ) | Chapter 11 |
| ) | |
| Calpine Corporation, et al  ) | |
| ) | |
| Debtors       ) | Related Docket. Nos. 7253, 7256, 7404 |
| ) | |
| ) | Case No. 05-60200 (BRL) |
| ) | Jointly Administered |
| ) | |

### NOTICE OF APPEAL

Comes now Appellant Elias A Felluss, A Shareholder and movant, pursuant to statute 28 U.S.C. § 1654, pro se, in the lower court decision to deny motion for reconsideration in the above captioned case, Calpine Corporation, Case No. 05-60200 (BRL) and as an "Objecting Shareholder" holder of Calpine Corporation common stock, PRO SE, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), from the following orders of the United States Bankruptcy Court for the Southern District of New York:

1. Order Approving Motion Seeking Approval of Immaterial Modifications to the Debtors' Joint Plan of Reorganization Without the Need for Further Solicitation of Votes (Docket. No. 7253);

2. Findings of Fact, Conclusions of Law, and Order Confirming Sixth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Docket. No. 7256); and

1

3. Minute Order Denying Motion to Reconsider Confirmation Order and Second Modification Order (Docket. No. 7404).1

4. Suspension of Due Process clause of the US Constitution, Bill of Rights, 5th Amendment in favor of the Debtor estate's desire to acquire favorable financing terms. Request of Writ of Mandamus is reserved.

The parties to the orders appealed from, as well as the names, addresses and phone numbers of their respective counsel, to the extent known, are as follows:

**Parties Counsel**
SONNENSCHEIN NATH & ROSENTHAL LLP
By: /s/ Peter D. Wolfson
Peter D. Wolfson (PDW-5956)
Carole Neville (CN-5733)
Matthew B. Stein (MBS-0062)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

**Debtors**
KIRKLAND & ELLIS LLP
Richard M. Cieri
Edward Sassower
Matthew Allen Cantor
Robert G. Burns
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
- and -
CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
Steven J. Reisman
101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6065

**Official Committee of Unsecured Creditors**
AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer
Philip C. Dublin
Alexis Freeman
David M. Zensky
Abid Qureshi
590 Madison Avenue

New York, New York 10022
Telephone: (212) 872-1000
and
Steven J. Selby, Esq.
Morganstern Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776

**TransCanada PipeLines Limited, NOVA Gas
Transmission Ltd., Gas Transmission Northwest
Corporation, and Portland Natural Gas
Transmission System**

ELROD, PLLC
David W. Elrod
Craig Tadlock
500 N. Akard Street
Suite 3000
Dallas, Texas 75201
Telephone: (214) 855-5188

**Harbinger Capital Partners Master Fund I, Ltd. and
Harbinger Capital Partners Special Situations Fund
L.P. (including any affiliates thereof)**
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Joshua K. Brody
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

The parties in interest to the orders appealed from, as well as the names, addresses
and phone numbers of their respective counsel, to the extent known, are listed in Exhibit
B.

> Dated: January 28, 2008
> Centerport, New York
> Respectfully submitted,
>
> Elias A Felluss, pro se

*Footnotes*

[1] This appeal also includes two rulings for which no order was entered by the Court, including: (i) the Court's denial of the Objecting Shareholders' request for a review of third party calculations upon which experts relied to make determinations to valuation and were ministerial in nature having been made in a The Motion to Reconsideration and Objection to Confirmation" filed December 28, 2007, Docket No 7322 Pursuant to Fed. R. Bankr. P. 9006(c)(1) and Local Bankruptcy Rule 9006-1(a) with Respect to Request for Production of Documents by Debtors Heard on January 15, 2008(Dkt. No. 7363); and (ii) the Court's decision to ignore the request for an examination of PA Consulting, the 3rd party, whose metrics were used to prepare valuations for all Total Enterprise Value presented to the court in determining final valuation in oral argument on the Motion to Reconsider on January 15, 2008, as well as any reference thereto, to the Objecting Shareholders' Reply Memorandum of Law in Support of Petitioners Motion for Reconsideration of Calpine Confirmation (Dkt. No. 7382).

[2] See Exhibit A for a list for a complete listing of the affiliated debtor entities.

(Remainder of this page left intentionally blank)

## EXHIBIT A

Calpine Corporation
Calpine Administrative Services Company, Inc.
Calpine Power Company
Calpine Fuels Corporation
Calpine Finance Company
Calpine International Holdings, Inc.
Calpine Operations Management Company, Inc.
Calpine Energy Services Holdings, Inc.
Calpine Capital Trust
Calpine Capital Trust II
Calpine Capital Trust III
Calpine Capital Trust IV
Calpine Capital Trust V
Calpine c*Power, Inc.
Calpine Bethpage 3 Pipeline Construction Company, Inc.
Calpine Louisiana Pipeline Company
Calpine Sonoran Pipeline LLC
Calpine Decatur Pipeline, Inc.
CPN Decatur Pipeline, Inc.
Calpine Decatur Pipeline, L.P.
Magic Valley Pipeline, L.P.
Calpine Magic Valley Pipeline, Inc.
Calpine MVP, Inc.
Magic Valley Gas Pipeline GP, LLC
Magic Valley Gas Pipeline, LP
Calpine Texas Pipeline GP, Inc.
Calpine Texas Pipeline LP, Inc.
Calpine NCTP GP, LLC
Calpine NCTP, LP
Calpine Texas Pipeline, L.P.
CPN Pipeline Company
CPN Energy Services GP, Inc.
CPN Energy Services LP, Inc.
Calpine Energy Services, LP
Calpine Power Management, Inc.
Calpine Power Management, LP
Calpine Producer Services, L.P.
CES GP, LLC
Calpine Construction Management Company, Inc.
Calpine Global Services Company, Inc.
Calpine Operating Services Company, Inc.
Calpine Power Services, Inc
Power Systems MFG., LLC
Thomassen Turbine Systems America, Inc.

Calpine International, LLC
Quintana Canada Holdings, LLC
Calpine Unrestricted Fundings, LLC
Calpine Investment Holdings, LLC
Calpine ULC I Holding, LLC
Anderson Springs Energy Company
Calpine Calistoga Holdings, LLC
Thermal Power Company
Geysers Power I Company
Geysers Power Company II, LLC
Broad River Energy LLC
Broad River Holdings, LLC
RockGen Energy LLC
Calpine Northbrook Project Holdings, LLC
South Point Energy Center, LLC
South Point Holdings, LLC
Calpine Rumford I, Inc.
Calpine Rumford, Inc.
Rumford Power Associates Limited Partnership
Tiverton Power Associates Limited Partnership
Calpine Tiverton I, Inc.
Calpine Tiverton, Inc.
Calpine Greenleaf Holdings, Inc.
Calpine Greenleaf, Inc.
Sutter Dryers, Inc.
Calpine Agnews, Inc.
O.L.S. Energy-Agnews, Inc.
Calpine Monterey Cogeneration, Inc.
Bethpage Energy Center 3, LLC
Calpine Long Island, Inc.
Calpine Stony Brook Operators, Inc.
Calpine Stony Brook Power Marketing, LLC
Calpine Stony Brook, Inc.
Stony Brook Cogeneration, Inc.
Stony Brook Fuel Management Corp.
Calpine University Power, Inc.
Stony Brook Fuel Management Corp.
Nissequogue Cogen Partners
Calpine Power, Inc.
Calpine Kennedy Airport, Inc.
Calpine Kennedy Operators Inc.
Calpine KIA, Inc.
KIAC Partners
Aviation Funding Corp.
CPN 3rd Turbine, Inc.
CPN Pleasant Hill Operating, LLC

CPN Pleasant Hill, LLC
MEP Pleasant Hill, LLC
Calpine Central, L.P.
Calpine Central Texas GP, Inc.
Calpine Central-Texas, Inc.
Calpine CalGen Holdings, Inc.
CalGen Finance Corporation
Geothermal Energy Partners LLC
Calpine Generating Company, LLC
CalGen Expansion Company, LLC
CalGen Equipment Finance Holdings, LLC
CalGen Equipment Finance Company, LLC
CalGen Project Equipment Finance Company One, LLC
CalGen Project Equipment Finance Company Three, LLC
CalGen Project Equipment Finance Company Two, LLC
Calpine Freestone, LLC
CPN Freestone, LLC
Calpine Freestone Energy GP, LLC
Calpine Freestone Energy, LP
Calpine Power Equipment LP
Freestone Power Generation, LP
Calpine Channel Energy Center LP, LLC
Calpine Channel Energy Center GP, LLC
Channel Power GP, LLC
Channel Power, LP
Channel Energy Center, LP
Calpine Baytown Energy Center LP, LLC
Calpine Baytown Energy Center GP, LLC
Baytown Power GP, LLC
Baytown Power, LP
Baytown Energy Center, LP
Calpine Northbrook Southcoast Investors, LLC
Nueces Bay Energy LLC
Calpine Corpus Christi Energy GP, LLC
Calpine Corpus Christi Energy, LP
Corpus Christi Cogeneration L.P.
Delta Energy Center, LLC
Los Medanos Energy Center LLC
Calpine Pastoria Holdings, LLC
Pastoria Energy Facility, L.L.C.
Zion Energy LLC
Morgan Energy Center, LLC
Decatur Energy Center, LLC
Carville Energy LLC
Goldendale Energy Center, LLC
Columbia Energy LLC

Calpine Oneta Power I, LLC
Freestone Power Generation, LP
Calpine Oneta Power, L.P.
Calpine Oneta Power II LLC
Augusta Development Company, LLC
CPN Acadia, Inc.
Calpine Acadia Holdings, LLC
Androscoggin Energy, Inc.
Calpine Gilroy 1, Inc.
Calpine Gilroy 2, Inc.
Calpine Gilroy Cogen, L.P.
Deer Park Power GP, LLC
Deer Park Power, LP
CPN Power Services GP, LLC
CPN Power Services, LP
GEC Bethpage Inc.
JMC Bethpage, Inc.
TBG Cogen Partners
CPN Bethpage 3rd Turbine, Inc.
Idlewild Fuel Management Corp.
Bethpage Fuel Management Inc.
Calpine Bethpage 3, LLC
Calpine Auburndale Holdings, LLC
Auburndale Peaker Energy Center, LLC
Calpine Philadelphia, Inc.
Philadelphia Biogas Supply, Inc.
Calpine Pryor, Inc.
CPN Pryor Funding Corporation
Calpine NTC, LP
Calpine TCCL Holdings, Inc.
Clear Lake Cogeneration Limited Partnership
CPN Clear Lake, Inc.
NTC Five, Inc.
NTC GP, LLC
Odyssey Land Acquisition Company
Texas City Cogeneration, L.P.
Texas Cogeneration Company
Texas Cogeneration Five, Inc.
Texas Cogeneration One Company
Calpine Clear Lake Energy GP, LLC
Calpine Clear Lake Energy, LP
CGC Dighton, LLC
Dighton Power Associates Limited Partnership
Calpine Pittsburg, LLC
Pastoria Energy Center, LLC
Los Esteros Critical Energy Facility, LLC

Pine Bluff Energy, LLC
Modoc Power, Inc.
Calpine Siskiyou Geothermal Partners, L.P.
Mount Hoffman Geothermal Company, L.P.
CPN Cascade, Inc.
CPN Telephone Flat, Inc.
Anacapa Land Company, LLC
VEC Holdings, LLC
Vineyard Energy Center, LLC
Calpine Vapor, Inc.
Celtic Power Corporation
Amelia Energy Center, LP
Blue Heron Energy Center, LLC
Calpine Amelia Energy Center GP, LLC
Calpine Amelia Energy Center LP, LLC
CCFC Development Company, LLC
CCFC Equipment Finance Company, LLC
CCFC Project Equipment Finance Company One, LLC
CPN Oxford, Inc.
East Altamont Energy Center, LLC
Fond du Lac Energy Center, LLC
Fontana Energy Center, LLC
Hillabee Energy Center, LLC
Lake Wales Energy Center, LLC
Lawrence Energy Center, LLC
Lone Oak Energy Center, LLC
Moapa Energy Center, LLC
Pajaro Energy Center, LLC
Phipps Bend Energy Center, LLC
Russell City Energy Center, LLC
San Joaquin Valley Energy Center, LLC
Skipanon Natural Gas, LLC
Towantic Energy, L.L.C.
Wawayanda Energy Center, LLC
Calpine Northbrook Energy Holdings, LLC
Calpine Northbrook Energy, LLC
Calpine Northbrook Holdings Corporation
Calpine Northbrook Investors, LLC
Calpine Northbrook Services, LLC
Hammond Energy LLC
Mt. Vernon Energy LLC
Power Investors, L.L.C.
Calpine Central, Inc.
Calpine Lost Pines Operations, Inc.
Calpine Northbrook Corporation of Maine, Inc.
Calpine Cogeneration Corporation

Calpine Schuylkill, Inc.
CogenAmerica Asia Inc.
CogenAmerica Parlin Supply Corp.
CPN Funding, Inc.
CPN Morris, Inc.
Bellingham Cogen, Inc.
Calpine Sumas, Inc.
Northwest Cogeneration, Inc.
Whatcom Cogeneration Partners, L.P.
Calpine East Fuels, Inc.
Calpine Eastern Corporation
Calpine Gordonsville GP Holdings, LLC
Calpine Gordonsville LP Holdings, LLC
Calpine Gordonsville, LLC
Calpine Leasing Inc.
Calpine Project Holdings, Inc.
CPN Berks Generation, Inc.
CPN Berks, LLC
Calpine East Fuels, LLC
Mobile Energy LLC
NewSouth Energy LLC
Venture Acquisition Company
Calpine Dighton, Inc.
Calpine California Development Company, LLC
Calpine California Energy Finance, LLC
Calpine California Equipment Finance Company, LLC
Calpine Unrestricted Holdings, LLC
Calpine Gas Holdings, LLC
Blue Spruce Holdings, LLC

## EXHIBIT B
## Party In Interest Counsel

United States Trustee Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Telephone: (212) 510-0500

Official Committee of Equity Security Holders
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Brad Eric Scheler
Gary Kaplan
Michael de Leeuw
Adrian Feldman
One New York Plaza

New York, New York 10004
Telephone: (212) 859-8000

Committee of Second Lien Debtholders Andrew N. Rosenberg, Esq.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

City of Edinburg, Hidalgo County, and Nueces County
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
Telephone: (512) 447-6675

Cos-Mar Company
David G. Dragich
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7111

Block 59 Limited Partnership
Judith W. Ross
Eric A. Soderlund
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
-and-
Thomas R. Trowbridge, III
Baker Botts L.L.P.
30 Rockefeller Plaza
43rd Floor
New York, NY 10112
Telephone: (212) 408-2500

Wisconsin Power & Light Company
Michael J. Small
Foley & Lardner, LLP
321 N. Clark
Suite 2800
Chicago, IL 60610

11

Telephone: (312) 832-4500
-and-
Jeremy L. Wallison
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474

California Energy Commission Irene K. Tamura
Office of Attorney, State of California
1300 I Street
Sacramento, CA 95814
Telephone: (916) 322-2587

County of Eastland, Texas
County of Freestone, Texas, et al
County of Harrison, Texas, et al
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
Telephone: (512) 323-3200

Liquidity Solutions, Inc. Robert K. Minkoff
Liquidity Solutions, Inc.
One University Plaza Ste 312
Hackensack, NJ 07601
Telephone: (201) 968-0001

ACE American Insurance Company Karel S. Karpe
White and Williams LLP
One Penn Plaza
Suite 3508
New York, NY 10119
Telephone: (212) 631 4421

Ad Hoc Committee Of Owners Of Preferred
Membership Interests In CCFC Preferred
Holdings, LLC
Wilbur F. Foster, Jr.
Matthew S. Barr, Esq.
Samuel A. Khalil, Esq.
Jason M. Karaffa, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

Telephone: (212) 530-5058

Nevada Power Company David R. Kuney
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8650

Yellow Brick Road LLC
Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

U.S. Bank National Association, as Indenture Trustee
Corrine L. Burnick
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5614
-and-
Ira H. Goldman
Julie A. Manning
Marie C. Pollio
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5820
ASM Capital, L.P.
ASM Capital II, L.P.
Douglas Wolfe
ASM Capital, LP
7600 Jericho Turnpike
Woodbury, NY 11797
Telephone: (516) 224-6040

Eastman Chemical Company
Shawn Randall Fox
McGuireWoods LLP
1345 Avenue of the Americas
New York, NY 10128
Telephone: (212) 548-2165

Credit Suisse Cayman Islands Branch
Jeffrey S. Trachtman

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9175

The Dow Chemical Company
James L. Bromley
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2264
-and-

Holly Rebecca Rogers
Dilworth Paxson LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-7146
-and-
Anne Marie P. Kelley, Esq.
Dilworth Paxson LLP
Libertyview, Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900

Beckville ISD, Coppell ISD, Dallas County,
Cayuga ISD, City of Edinburg,
Edinburg CISD, et al
Chambers County, Deer Park Independent School
District, Fort Bend County, Galveston County,
Harris County/City of Houston, Houston
Independent School District, Katy Independent
School District, Liberty County
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691
Telephone: (214) 880-0089
-and-
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
Telephone: (512) 447-6675
-and-

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
1301 Travis Street
Suite 300
P.O. Box 306
Houston, TX 77253
Telephone: (713) 844-3478

Merrill Lynch Commodities, Inc. James L. Bromley
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2264

Portland Natural Gas Transmission System,
Gas Transmission Northwest Corporation
Craig Tadlock
Elrod, PLLC
500 North Akard
Suite 3000

TransCanada Pipelines Limited, NOVA Gas
Transmission Ltd.
Dallas, TX 75201
Telephone: (214) 855-5188

Verizon Capital Corp. Kristian W. Gluck
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8210

Enbridge Pipelines (Bamagas Intrastate) L.L.C.
Samuel S. Kohn
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Telephone: (212) 424-8657

UNBC Leasing, Inc.
Kristian W. Gluck
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

Telephone: (214) 855-8210

LS Power Equity Advisors, LLC, Luminus
Management, LLC
Stephen D. Lerner
Squire Sanders & Dempsey LLP
312 Walnut Street
Suite 3500
Cincinnati, OH 45202-4036
Telephone: (513) 361-1200
-and-
Craig D. Hansen, Esq.
Squire, Sanders & Dempsey, L.L.P.
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85001-4498
Telephone: (602) 528-4000

Spectra Energy Corp. Samuel S. Kohn
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Telephone: (212) 424-8657

BP Amoco Chemical Company, BP Energy
Company and BP Amoco Chemical Company
James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7955

Manufacturers & Traders Trust Company
Martin J. Bienenstock
Judy G.Z. Liu
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8530
-and-
Ian S. Fredericks
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801

Telephone: (302) 571-6724
-and-
Normal M. Powell, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6629

7.75% Note Holders
Erez Gilad, Esq.
Mark A. Speiser, Esq.
Irina Golmelskaya, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

Rosetta Resources Inc. John H. Bae
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6013

Wilmington Trust Company
Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4215
-and-
Robert N. H. Christmas
Christopher M. Desiderio
Dennis J. Drebsky
Joseph M. Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3103

John V. Snellings
Richard C. Pedone, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1202

Edward S. Weisfelner
Brown Rudnick Berlack Israels LLP
Seven Times Square
Times Square Tower
New York, NY 10036
Telephone: (212) 209-4800

Duke Capital Corporation
Mark R. Bernstein
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000

Hawaii Structural Ironworkers Pension Trust Fund
and the proposed class
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500

Duke Energy Trading and Marketing L.L.C. Samuel S. Kohn
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Telephone: (212) 424-8657

The Bank of New York, as Administrative Agent
David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
-and-
Pedro A. Jimenez
Jones Day
222 E. 41 Street
New York, NY 10017
Telephone: (212) 326-3776

James Phelps John H. Drucker
Laurence May
Cole Schotz Meisel Forman & Leonard P.A.

A Professional Corporation
900 Third Avenue
16th Floor
New York, NY 10022-4728
Telephone: (212) 752-8000
-and-
Bonnie Lynn Pollack
Cole Schotz Meisel Forman & Leonard
A Professional Corporation
460 Park Avenue
8th Floor
New York, NY 10022
Telephone: (212) 752-8000

Auburndale Holdings, LLC and Pomifer Power Funding, LLC
Peter S. Goodman
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 850-2849

Energy Transfer Fuel, LP, Houston Pipe Line Company LP
James Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main Street
36th Floor
Houston, TX 77002
Telephone: (713) 226-0600

Quadrangle Master Funding Ltd.,
JPMorgan Chase Bank, N.A..
Terence McLaughlin
Theresa A. Driscoll, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8691
-and-
Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
Telephone: (845) 639-7800

Davidson Kempner Capital Management LLC,

Highland Capital Management, LP., JANA
George A. Davis
Cadwalader, Wickersham & Taft LLP
Partners, LLC., Longacre Fund Management, LLC One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000

HSBC Bank USA, N.A., as Indenture Trustee
Jennifer Anne Christian
Robert L. LeHane
Eric R. Wilson
Kelley Drye & Warren
101 Park Avenue
New York, NY 10104
Telephone: (212) 808-7800
-and-
David S. Elkind
Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

The South Point Joint Venture Gary I. Selinger
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165
Telephone: (212) 661-3535

Louisiana Department of Revenue
Barry L. Kelly
Louisiana Department of Revenue
P.O. Box 4064
Baton Rouge, LA 70821
Telephone: (225) 219-2080

Tara Energy Trey Monsour
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5137

Iron Mountain Information Management, Inc. Frank McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street

9th Floor
Boston, MA 02110
Telephone: (617) 422-0200

Exit Facility Arrangers
Goldman Sachs Credit Partners L.P., Credit
Suisse, Deutsche Bank and Morgan Stanley
Paul B. Carberry, Esq.
Sandeep Qusba, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200

PMCC Pasadena Investment L.P. Richard G. Smolev, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598
Telephone: (212) 836-8000

Hain, Sierra, and ASM Capital David T. Cohen, Esq.
Warner Stevens LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102
Telephone: (817) 810-5250

Bridge Associates LLC as Court-Appointed Expert Albert Togut, Esq.
Togut, Segal & Segal, LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000