**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CALPINE CORPORATION, *et al*. | ) | Case No. 05-60200 (BRL) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| COMPANIA INTERNACIONAL FINANCIERA, *et al.*, | ) | Case No. 1:08-cv-01286-VM |
| | ) | |
| Appellants | ) | |
| v. | ) | |
| CALPINE CORPORATION, *et al*., | ) | |
| | ) | |
| Appellees. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, a true and correct copy of the Response of Debtors-Appellees Calpine Corporation, et al. Compania Appellants' to Statement in Support of Oral Argument was served by electronic mail on the parties listed on the attached Service List.

Dated: April 21, 2008             /s/ Peter Asplund
        New York, New York

Service List

| | |
|---|---|
| Paul K. Schwartzberg | Paul.Schwartzberg@usdoj.gov |
| Steven J. Reisman | sreisman@curtis.com |
| Peter D. Wolfson | pwolfson@sonnenschein.com |
| R. Richards | rrichards@sonnenschein.com |
| Carole Neville | cneville@sonnenschein.com |
| Matthew B. Stein | mstein@sonnenschein.com |
| David Elrod | delrod@elrodtrial.com |
| Craig Tadlock | ctadlock@elrodtiral.com |
| Joseph M. Cerra | jcerra@formanlaw.com |
| Harry Gutfleish | hgutfleish@fomanlaw.com |
| Marianna Udem | modem@formanlaw.com |
| Kenneth Eckstein | keckstein@kramerlevin.com |
| Elias A. Felluss | felluss@optonline.net |
| Michael Stamer | mstamer@akingump.com |
| David M. Zensky | dzensky@akingump.com |
| Philip C. Dublin | pdublin@akingump.com |
| Abid Quereshi | aquereshi@akingump.com |